## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

IN RE:

LEAVE OF ABSENCE REQUEST
PATRICIA G. RHODES
January 15 through January 16, 2015

| | |
|---|---|
| ) | Case Nos.: CR113-220, A. Tagui, et al. |
| ) | CR113-260, J. C. Dashillas |
| ) | CR114-030, S.R. Roberts |
| ) | CR114-043, A. L. Ingram |
| ) | CR114-066, P. E. Hallman |
| ) | CR114-067, D. R. Jeffers |
| ) | CR114-094, C. Oliver |
| ) | CR114-095, M. L. Hamilton |
| ) | CR114-096, J. G. Ramos |
| ) | CR114-100, D. L. Hilton |
| ) | CR114-103, K. M. Neal |
| ) | CR114-104, S. C. Stiddon |
| ) | CR114-121, B. W. Johnson |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for January 15 through January 16, 2015, for a personal out of state trip, the same is hereby GRANTED.

This 23rd day of December, 2014.


_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1